Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern District of California ▾

_____4_____ Division

**FILED**

**MAY 10 2022**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Jonathanon Cavil-Jav Isray

Case No. C 22 - 02768 TSH

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☐ Yes ☑ No

---

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Antioch Unified School District

---

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jonathanon Cavil-Jav Isray |
| Street Address | 4825 Mammouth Lane |
| City and County | Oakley Contra Costa County |
| State and Zip Code | California 94561 |
| Telephone Number | 5103246379 |
| E-mail Address | Javisonisray@outlook.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Antioch Unified School District |
| Job or Title *(if known)* | N.A. |
| Street Address | 510 G Street |
| City and County | Antioch Contra Costa County |
| State and Zip Code | California 94509 |
| Telephone Number | (925) 779-7500 |
| E-mail Address *(if known)* | celestinaperez@antiochschools.net |

Defendant No. 2

| | |
|---|---|
| Name | N.A. |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | N.A. |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | N.A. |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Antioch Unified School District |
| Street Address | 510 G Street |
| City and County | Antioch Contra Costa County |
| State and Zip Code | California 94509 |
| Telephone Number | (925) 779-7500 |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

N.A.

☐    Relevant state law *(specify, if known)*:

N.A.

☐    Relevant city or county law *(specify, if known)*:

N.A.

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*:    N.A.

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

08.05.2021 - 06.30.2022

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race                    Mixed
- ☑ color                   Colored White Life
- ☐ gender/sex              N.A.
- ☐ religion                N.A.
- ☑ national origin         Creole and Indian
- ☐ age *(year of birth)*                    *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

N.A.

E.    The facts of my case are as follows.  Attach additional pages if needed.

According to the Letter of Intent to Employ, I started working August 2, 2021. The Intent is subject to Board Ratification, and I agreed to sign a Probationary Contract before I started working or shortly thereafter. I notified Celestina Perez of this by way of emails. She indicated that she would contact Jessica Romero, Deputy Superintendent of Human Resources. I did not initial line 7 of the Letter of Intent to Employ because I thought I would be signing a Probationary Contract immediately since I a an expeerienced teacher posessing a Professional Clear to teach students. My prior job as educator with Jefferson County Public Schools, I started out on a Probationary Contract and I was put on the Antioch unified School District pay scale accordingly. Letter of Intendt to Employ is for beginning teachers, and I have been in the field of education since 1999. I teach World History and Cultural Identification classes. I

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
05.05.2022

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   05/05/2022   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.
☐   less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The damages that I have suffered are as follows:  1. Paying Union dues of approximately $668.50 without being able to interact with my Union Reprsentative Valorie Luke. Based on my experience being in the Union is a matter of working under a Probationary Contract. This amount needs to be refunded to me. 2. The wrong of rehire income of approximately $60,000. 3. The injury of not receiving income from working summer school of approximately $11,000. 4. $402.00 for filing the lawsuit. I am seeking relief in the total amount of $72,070.50.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        05/09/2022

Signature of Plaintiff

Printed Name of Plaintiff      Jonathanon Cavil-Jav Isray

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Oakland Local Office
1301 Clay Street, Suite 680-N
Oakland, CA 94612
(510) 956-0004
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 05/05/2022

**To:** Jonathanon Isray
4825 Mammoth Lane
OAKLEY, CA 94561

Charge No: 555-2021-01527

EEOC Representative and email:    Malinda Tuazon
Senior Investigator
malinda.tuazon@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 555-2021-01527.

On behalf of the Commission,

# Steven Hunt
Digitally signed by Steven Hunt
Date: 2022.05.05 14:43:35
-07'00'

Steven Hunt
Local Director

**Cc:**
Jessica Romeo
ANTIOCH UNIFIED SCHOOL DISTRICT
JessicaRomeo@antiochschools.net

Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 555-2021-01527 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Jonathanon Isray | (510) 324-6379 | 1961 |

Street Address

4825 Mammoth Lane

OAKLEY, CA 94561

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ANTIOCH UNIFIED SCHOOL DISTRICT | 101 - 200 Employees | (925) 779-7500 |

Street Address

510 G Street

ANTIOCH, CA 94509

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address    City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| Retaliation, Race | Earliest  08/02/2021 | Latest  04/26/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

According to the Letter of Intent to Employ, I started working August 02, 2021. The Intent is subject to Board Ratification, and I agreed to sign a Probationary Contract before I started working or shortly thereafter. I notified Celestina Perez of this by way emails. She indicated that she would contact Jessica Romero, Deputy Superintendent of Human Resources. I did not initial line 7 of the Letter of Intent to Employ because I thought I would be signing a Probationary Contract immediately since I am an experienced teacher possessing a Professional Clear to teach students. My prior Job as educator with Jefferson County Public Schools, I started out on a Probationary Contract and I was put on the Antioch Unified School District pay scale accordingly. Letter of Intent to Employ is for beginning teachers, and I been in the field of education since 1999. I teach World History and Cultural Identification classes. I was told concurrently that I need to sign a Non-Disclosure Agreement (N.D.A.) with the Khepera Company to teach Cultural Identification curriculum. I did not because after evaluation of the curriculum with others, we found it offensive to me and harmful to my learners. I am a Colored White Life person and the demographics of my classes are mixed. One of the videos featured Black Gangs telling teachers to suck their dicks, exacerbating Black Gangs at Deer Valley High School, and dope dealing in the restrooms. Not signing the racists N.D.A. prevented my advancement to signing a Probationary Contract, working summer school at Antioch High School, and being placed on a tenure track.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Jonathanon Isray**  04/30/2022  *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 555-2021-01527 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| *State or local Agency, if any* | |

I am the only person of color in my Social Science Department at Deer Valley High School; all of the other employees are White and have tenure. I posit this was done by design. I believe I have been discriminated against because of my mixed race and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Jonathanon Isray**<br>**04/30/2022**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>*(month, day, year)* |

JS-CAND 44 (Rev. 10/2020)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Jonathanon Cavil-Jav Isray

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**
Antioch Unified School District

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
N.A.

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X]1 | [ ]1 | Incorporated *or* Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated *and* Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

(nature of suit table — Civil Rights: [X] 442 Employment)

**V. ORIGIN** *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the Civil Rights Act of 1964 as amended.
Brief description of cause:
Race and retaliation

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P. DEMAND $
CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [X] No

**VIII. RELATED CASE(S), IF ANY** *(See instructions):* JUDGE N.A. DOCKET NUMBER N.A.

**IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)**
*(Place an "X" in One Box Only)* [X] SAN FRANCISCO/OAKLAND [ ] SAN JOSE [ ] EUREKA-MCKINLEYVILLE

DATE 05-10-2022    SIGNATURE OF ATTORNEY OF RECORD