ROGERS JOSEPH O'DONNELL
Aaron P. Silberman (State Bar No. 161021)
*asilberman@rjo.com*
Henry D. Stegner (State Bar No. 337293)
*hstegner@rjo.com*
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:   415.956.6457

Attorneys for Plaintiff
JONATHANON CAVIL-JAV ISRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHANON CAVIL-JAV ISRAY,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 3:22-cv-02768-TLT<br><br>[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

    Having reviewed the Plaintiffs voluntary request for dismissal with prejudice, the court finds good cause to grant the request.  Accordingly, this case is **DISMISSED WITH PREJUDICE** as to the entire action.

**IT IS SO ORDERED.**

Dated: December 21, 2023

_____
Judge Trina L. Thompson
United States District Court, Northern District of California